```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 19 APR 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DERRICK D. IRVIN,

          Plaintiff,

   -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT-45TH Precinct, POLICE
SERGEANT GEORGE MORALES, POLICE OFFICER
FRED JONES-Shield #18172, POLICE OFFICER
STEVE EDWARDS-Shield # 26806, POLICE OFFICER
ANTHONY JACKSON-Shield # 4787, POLICE OFFICER
FRANK BONNACI-Shield # 18873, POLICE OFFICER
JOHN QUIS-Shield # 31943, LIEUTENANT LUIS
COLON, DEPUTY INSPECTOR WILLIAM MCSORLEY
and JOHN DOES-Police Officers as yet unidentified,
          Defendants.
-------------------------------------------------------X

Case No.: 08 CV 9032

STIPULATION and ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that the plaintiff voluntarily withdraws and discontinues all claims and causes of action in the Verified Complaint and the Amended Verified Complaint, pursuant to 42 U.S.C.A. section 1983 with prejudice and the pleadings are deemed amended accordingly. The parties consent to remand the matter to the court of original jurisdiction, State Supreme Court of Bronx County, for resolution. A facsimile copy shall be deemed to have the same force and effect as the original stipulation.

Dated: Brooklyn, New York
       April 16, 2010

_____
Afsaan Saleem, Esq.
Michael A. Cardozo, Corporation Counsel
Attorneys for Defendants
The City of New York, The New
York City Police Department & Sergeant
George Morales
100 Church Street
New York, New York 10007
(212)788-9580

_____
Robert Petir Esq. (#4953), (RP4953)
Rubenstein & Rynecki
Attorneys for Plaintiff
Derrick Irvin
16 Court Street, Ste. 1717
Brooklyn, New York 11241
(718)522-1020

The Matter is hereby remanded on consent. The Clerk of Court is requested to effectuate the remand promptly and close this case.

SO ORDERED:

_____ 4/19/2010
J.S.C. USDJ